Geneva Mineral Springs Company, Limited, Respondent, v. Charles A. Steele, Appellant, Impleaded with Stephen Coursey and Others, Respondents.— Judgment unanimously affirmed, with costs. (This case was transferred to the Third Department from the Fourth Department.—See 154 App. Div. 918.)

Elmer A. Huff, Respondent, v. Hugh M. Bulger, Appellant.— Judgment and order affirmed, with costs. All concurred, except Kellogg, J., who dissented.

The International Paper Company, Appellant, v. Fred E. Purdy, Respondent.— Judgment and order unanimously affirmed, with costs.

William E. Murphy, Appellant, v. John Hofman Company, Respondent. (No. 2.) — Reargument ordered, the judges qualified to vote being evenly divided.

In the Matter of the Petition of Jay W. Forrest, Independent Candidate for Representative in Congress in and for the Twenty-eighth Congressional District of the State of New York.— Order unanimously affirmed, with costs.

John Manchester, Appellant, v. Frank Bellinger, Respondent.— Judgment unanimously affirmed, with costs.

In the Matter of the Application of the New York, Ontario and Western Railway Company, Respondent, for a Writ of Certiorari, to Dwight O. Whedon and Others, as Assessors of the Village of Centerville Station, Sullivan County, New York, and Victor S. Kogan, as Village Clerk of Centerville Station, Sullivan County, New York, Appellants.— Reargument ordered on account of absence of a quorum for a decision.

In the Matter of the Judicial Settlement of the Accounts of the Troy Trust Company, as Substituted Trustee of the Trusts in the Will of Rachel S. Wilson, Deceased. Stephen Schuyler and Gertrude Schuyler, Appellants; Anna L. Schuyler, as Executrix, etc., of Philip Schuyler, Deceased, Respondent.— Decree unanimously affirmed, with costs, in favor of respondent, Anna L. Schuyler, as executrix, etc., of Philip Schuyler, deceased, against appellants Stephen Schuyler and Gertrude Schuyler.

In the Matter of the Summary Proceedings by Charles Beeny, Agent, Respondent, v. Charles B. Templeton, Tenant, Appellant.— Final order unanimously affirmed, with costs.

In the Matter of the Application of Mohawk Overall Company and James F. Hooker to Have Vacated and Set Aside a Subpœna Issued in an Action Entitled, "State of Vermont, In Chancery, Windham County. Hooker, Corser & Mitchell Co., Orator, against James F. Hooker, W. H. Corser and C. D. Whitaker, Defendants," Directing the Appearance before a Commissioner of James F. Hooker and Others, Individually and as Officers of Mohawk Overall Company, and Production of Books of Mohawk Overall Company. Mohawk Overall Company and Others, Appellants; Hooker, Corser & Mitchell Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

The People of the State of New York ex rel. Laura Lang, Appellant, v. The Sisters, Custodians and Managers of St. Ann's School of Industry and Reformatory of the Good Shepherd, at Albany, Respondents.— Final order unanimously affirmed.